EAP:eap
AO 442 (Rev. 11/11) Arrest Warrant

2020R00252

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

UNITED STATES OF AMERICA

v.

MOHAMED HUSSEIN ABDI

Case No. 20-mj-480 DTS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MOHAMED HUSSEIN ABDI,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _X_ Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

On or about May 28, 2020, in Ramsey County, in the State and District of Minnesota, defendant(s) maliciously damage and destroy, and attempts to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activity affecting interstate or foreign commerce, namely, Gordon Parks High School, located at 1212 University Avenue West, St. Paul, Minnesota

in violation of Title 18, United States Code, Section(s) 844(i).

Date: June 26, 2020

*Issuing officer's signature*

City and State: St. Paul, MN

Hon. David T. Schultz
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*