**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Hildy Bowbeer |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 20-mj-480 DTS |
| | ) | Date: June 30, 2020 |
| Mohamed Hussein Abdi, | ) | Video Conference |
| | ) | Time Commenced: 11:01 a.m. |
| Defendant. | ) | Time Concluded: 11:16 a.m. |
| | ) | Time in Court: 15 minutes |
| | ) | |
| | ) | |

APPEARANCES:

Plaintiff: Harry Jacobs, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Public Defender
      X FPD      X To be appointed

Date Charges Filed: 6/26/2020      Offense: Arson

    X Waived Reading of Charges    X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Thursday, July 2, 2020, at 9:00 a.m. via video conference before U.S. Magistrate Judge Hildy Bowbeer for:
  X Detention hrg    X Preliminary Examination

Additional Information:
X Defendant consents to this hearing via video conference.

                                                                   s/Amy Halverson
                                                             Signature of Courtroom Deputy