# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 20mj480 (DTS) |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| MOHAMED HUSSEIN ABDI, ) | |
| ) | |
| Defendant. | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Lisa M. Lopez shall appear as appointed counsel of record for the above named defendant in this case.

Dated: July 1, 2020

*s/Lisa M. Lopez*
LISA M. LOPEZ
Attorney ID No. 395791
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415