# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES – CRIMINAL (via video conference)** |
| | ) | |
| Plaintiff, | ) | BEFORE:   Hildy Bowbeer |
| | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | |
| Mohamed Hussein Abdi, | ) | Case No:        20-mj-480 DTS |
| | ) | Date:            July 2, 2020 |
| Defendant. | ) | Video Conference |

Court Reporter:      Carla Bebault
Time Commenced:     9:03 a.m.
Time Concluded:     9:19 a.m.
Time in Court:      16 minutes

x **PRELIMINARY/DETENTION HRG**
        Time in Court Prelim/Det: 4 minutes/ 12 minutes

APPEARANCES:

  Plaintiff: Melinda Williams, Assistant U.S. Attorney
  Defendant: Lisa Lopez, Assistant Federal Public Defender
                      X FPD

On     X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

X Defendant consents to this hearing via video conference.

Defendant waives the preliminary hearing.

                                        s/Sarah Erickson
                                    Signature of Courtroom Deputy