UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-CR-113 (DSD/BRT)

UNITED STATES OF AMERICA,

    Plaintiff,

**MOTION TO UNSEAL**

v.

MOHAMED HUSSEIN ABDI,

    Defendant.

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Melinda A. Williams, Assistant United States Attorneys, hereby moves the Court to unseal the above-referenced defendant in case 20-CR-113 (DSD/BRT), including the complaint.

Dated: September 4, 2020

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

BY: *s/ Melinda A. Williams*
MELINDA A. WILLIAMS
Assistant United States Attorney