# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT & PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:         20-113(3)(DSD/BRT) |
| | Date:             March 25, 2021 |
| MOHAMED HUSSEIN ABDI, | Court Reporter:   Renee Rogge |
| | Courthouse:       Minneapolis |
| Defendant. | Courtroom:        Video Conference |
| | Time Commenced:   11:00 a.m. |
| | Time Concluded:   11:35 a.m. |
| | Sealed Hearing Time: |
| | Time in Court:    35 minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:    Emily Polachek, Assistant U.S. Attorney
   For Defendant:    Ryan P. Garry and Daniel S. Adkins   ☒ Retained

PROCEEDINGS:

   ☒ **Arraignment** on ☒ Information, ☐ Indictment.

   ☒ Waiver of Indictment filed in open Court.

   ☒ **Change of Plea Hearing**

   ☒ PLEA:

      ☒ Guilty as to Count 1 of the Information.

   ☒ Defendant advised to pay a special assessment in the amount of $100.00.
   ☒ Presentence Investigation and Report requested.
   ☒ Defendant is on a personal recognizance bond.
      Bond continued under the same terms and conditions previously imposed.

                                                              s/D.O.
                                                         Judicial Assistant