UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 20-113 (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MOHAMED HUSSEIN ABDI (3), )<br>)<br>    Defendant. ) | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SENTENCING POSITION PLEADINGS** |

The defendant, Mohamed Abdi, by and through his attorneys, Ryan P. Garry and Daniel S. Adkins, respectfully moves the Court, pursuant to Local Rule 83.10(h), to deviate from and extend the deadline for filing sentencing position pleadings.  Mr. Abdi specifically requests that he be allowed to file his sentencing position pleadings by **December 21, 2021**.  Assistant U.S. Attorney Emily Polachek joins in with this request and asks that the government's sentencing position pleadings deadline similarly be extended to December 21, 2021.

The final PSR was filed on November 9, 2021, and sentencing position pleadings are due November 23, 2021.  Additional time is needed to file Mr. Abdi's sentencing position pleadings, and defense counsel is seeking an additional 4 weeks, until December 21, 2021, to submit sentencing position pleadings.

Thank you for your consideration.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated:  November 10, 2021               s/ Ryan Garry
Ryan P. Garry (Attorney No. 0336129)
Attorneys for Defendant
333 South Seventh Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com

**NORTH STAR CRIMINAL DEFENSE**

Daniel S. Adkins (Attorney No. 0266085)
Attorneys for Defendant
The Dacotah Building 207
370 Selby Avenue
St. Paul, MN 55102
(651) 330-9678