# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 20CR113(3)(DSD/BRT) |
| MOHAMED HUSSEIN ABDI, Defendant. | Date: February 3, 2022 |
| | Court Reporter: Renee Rogge |
| | Courthouse: Minneapolis |
| | Courtroom: Courtroom 14W |
| | Time Commenced: 11:00 a.m. |
| | Time Concluded: 11:30 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: 30 minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:     Melinda A. Williams ☒ AUSA
   For Defendant:   Ryan P. Garry ☒ RET

PROCEEDINGS:

☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | PROB |
|---|---|---|
| 1s | X | 60 months |

☒ Special conditions of :    **See J&C for special conditions**

☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100.00 to be paid.
   ☒ Restitution in the amount of $34,028.00.

☒ Plea and plea agreement accepted.
☒ Docket no. 115 shall remain sealed until 2/3/2032.

                                                                             s/D.O.
                                                                           Judicial Assistant